UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| RICHARD MUNNS, | ) CV 07-6920-GAF (SH) |
| | ) |
| Petitioner, | ) JUDGMENT |
| v. | ) |
| D.K. SISTO, Warden, | ) |
| Respondent. | ) |

Pursuant to the Order of the Court adopting the conclusions and recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is dismissed with prejudice.

DATED: November 21, 2008

_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE